**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Power Brands Consulting, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FDBA  Bevpack** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-0779788** |

4.  **Debtor's address**

**Principal place of business**

**5805 Sepulveda Blvd.**
**Suite 501**
**Van Nuys, CA 91411**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)   **http://www.powerbrands.us**

6.  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **Power Brands Consulting, LLC**
           Name                                                          Case number (*if known*)

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5419__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | District | | When | | Case number | |

Debtor    **Power Brands Consulting, LLC**
_____
Name                                                    Case number (*if known*) _____

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13.  Debtor's estimation of available funds**          .

*Check one:*

☑  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

7/15/23 9:36AM

Debtor    **Power Brands Consulting, LLC**
         Name                                              Case number (*if known*)

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Power Brands Consulting, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **7/14/2023**
_____
MM / DD / YYYY

**X** /s/ Darin Ezra
_____    **Darin Ezra**
Signature of authorized representative of debtor    Printed name

Title    **Chief Executive Officer**
_____

---

**18. Signature of attorney**

**X** /s/ Marc C. Forsythe
_____    Date    **7/14/2023**
Signature of attorney for debtor    MM / DD / YYYY

**Marc C. Forsythe 153854**
Printed name

**Goe Forsythe & Hodges LLP**
Firm name

**17701 Cowan
Building D, Suite 210
Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone    **(949) 798-2460**    Email address    **mforsythe@goeforlaw.com**

**153854 CA**
Bar number and State

---

## United States Bankruptcy Court
### Central District of California

| In re | POWER BRANDS CONSULTING, LLC. | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, DARIN EZRA, declare under penalty of perjury that I am the CHIEF EXECUTIVE OFFICER of POWER BRANDS CONSULTING LLC, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company at a special meeting duly called and held on the 1st day of **July 2023**.

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Darin Ezra the Chief Executive Officer of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that Darin Ezra the Chief Executive Officer of this company is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that Darin Ezra the Chief Executive Officer of this company is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **Goe Forsythe & Hodges LLP** to represent the corporation in such bankruptcy case."

| Date | 07/14/2023 | Signed | *[signature]* |
|---|---|---|---|
| | | | Power Brand Consulting, LLC. |
| | | | Darin Ezra, Chief Executive Officer |

Resolution of Board of Directors
of

Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that that Darin Ezra the Chief Executive Officer of this company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that that Darin Ezra the Chief Executive Officer of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that that Darin Ezra the Chief Executive Officer of this Company is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **Goe Forsythe & Hodges LLP** to represent the corporation in such bankruptcy case.

Date    07/14/2023               Signed                                   

                                                   Power Brand Consulting, LLC.
                                                   Darin Ezra, Chief Executive Officer

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Power Brands Consulting, LLC** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Iovate Health Sciences Int.l Inc 381 North Service Road West Oakville, ON Canada L6M 0H4** | **Benjamin M Bathgate**<br><br>**ben.bathgate@mc millan.ca 416.307.4207** | **Customer Deposits** | **Contingent Unliquidated Disputed** | | | **$1,355,955.03** |
| **Strong Brews LLC 5000 Township Line Rd. Bethlehem, PA 18017** | **Ennio Ranaboldo**<br><br>**ennio.ranaboldo@ martin-bauer.com 201-659-3100** | **Vendor supplies.** | **Contingent Unliquidated Disputed** | | | **$858,423.06** |
| **BevPack Inc. 730 E 139th Street Los Angeles, CA 90059** | **Safar Ghazal**<br><br>**Safar@bevpackla.c om (818) 468-4557** | **Vendor Production Services** | **Contingent Unliquidated Disputed** | | | **$810,416.86** |
| **Class Action Plaintiffs Blackstone Law, APC 8383 Wilshire Blvd Suite 745 Beverly Hills, CA 90211** | **Jonathan M. Genish**<br><br>**jgenish@blackston epc.com (310) 622-4278** | **CLASS ACTION COMPLAINT FOR DAMAGES AND ENFORCEMENT UNDER THE PRIVATE ATTORNEYS GENERAL ACT, CALIFORNIA LABOR CODE** | **Disputed** | | | **$800,000.00** |
| **Gamer Packaging 330 2nd Ave So #895 Minneapolis, MN 55401** | **Jane Hughes**<br><br>**jhughes@gamerpa ckaging.com 612-788-4444** | **Supplier packaging** | **Contingent Unliquidated Disputed** | | | **$365,153.12** |
| **CitiStaff Solutions Inc 1111 W. Town & Country Rd. Suite 27 Orange, CA 92868** | **Charles Slater, Esq.**<br><br>**cslater@citistaffsol utions.corn 657-333-8090** | **Bevpac Temp Staff** | **Contingent Unliquidated Disputed** | | | **$358,760.49** |

Debtor    **Power Brands Consulting, LLC**                                     Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Shooter Pops, LLC 127 Bradford Ct. Schwenksville, PA 19473 | Christopher Clafffey  chrisclaffey@claffeyscocktails.com 610-202-1848 | Supplier Cans/bottles | Contingent Unliquidated Disputed | | | $352,224.40 |
| Shanghai Freeman Americas LLC 2035 Route 27, Suite 3005 Edison, NJ 08817 | Caroline Didlake  accounting@shanghaifreemen.com 732-981-1288 | Vendor Ingredients | Contingent Unliquidated Disputed | | | $346,745.74 |
| Berkley International 4007 Paramount Blvd, Unit 109 Lakewood, CA 90712 | Brian M. Wheeler, Esq.  bwheeler@aairr.com (562) 653-3200 | Supplier- Displays | Contingent Unliquidated Disputed | | | $334,989.46 |
| Martin Bauer, Inc. 400 Plaza Dr, 3/F Secaucus, NJ 07094 | Ennio Ranaboldo  ennio.ranaboldo@martin-bauer.com 201-659-3100 | Advance for Pre-Paid Insurance | Contingent Unliquidated Disputed | | | $326,645.71 |
| DMM Packaging, Inc. 2401 Simpson Street, Suite A Kingsburg, CA 93631 | Suzanne  suzanne@dmmpkg.com 559-897-7374 | Supplier Packaging | Contingent Unliquidated Disputed | | | $198,837.79 |
| Saxco International 1855 Gateway Blvd, Ste 400 Concord, CA 94520 | Thomas A. Burg, Esq.  tburg@bbslaw.com 650-857-9500 | Supplier Cans/bottles | Contingent Unliquidated Disputed | | | $191,627.74 |
| Sensapure Flavors 1945 S. Fremont Dr Salt Lake City, UT 84104 | Timothy Hixson  timothy.hixson@sensapure.com 801-456-4284 | Vendor Flavors | Contingent Unliquidated Disputed | | | $137,282.10 |
| Prinova  US LLC 6525 Muirfield Dr., Suite 100 Hanover Park, IL 60133 | Larry Meagher  larry.meagher@purecircle.com 630-340-9331 | Vendor Ingredients | Contingent Unliquidated Disputed | | | $132,155.00 |
| Capital Resource International, Inc. c/o Joshua J. Provost 25852 McBean Pkwy, Suite 801 Santa Claria, CA 91355 | Joshua J. Provost  jprovost@crilegal.com 661-584-4800 | Complaint for Money | Unliquidated Disputed | | | $122,320.86 |

Debtor    **Power Brands Consulting, LLC**                                    Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lagersmith Canning Co.** **2077 Ellis Ave. Door 26** **St. Paul, MN 55114** | **Nathan Lagersmith** **nathan@lagersmith .com** **651-983-5805** | **Supplier Cans** | **Contingent Unliquidated Disputed** | | | $113,138.80 |
| **TORR Bar Ltd.** **Habosem 3 Ashdod Israel** | **Cassie Torres** **campbellcassie@y ahoo.com** **323-823-9289** | **Vendor Mondelez Bars** | **Contingent Unliquidated Disputed** | | | $97,857.15 |
| **Matt Sebastionelli** **993 Rustling Oaks Dr** **Millersville, MD 21108** | **Matt Sebastionelli** **mjsebas09@gmail. com** **360-870-3856** | **Lodging, Supplies for BevPac Former employee and COO.** | | | | $91,981.85 |
| **PLT Health Solutions** **119 Headquarters Plaza** **Morristown, NJ 07960** | **Stephen Cook** **stephen@plthealth. com** **973-984-0900** | **Vendor Ingredients** | **Contingent Unliquidated Disputed** | | | $91,840.00 |
| **Southern California Edison** **P.O. Box 6400** **Rancho Cucamonga, CA 91729-6400** | **Nuria** **(626) 967-8154** | **Service for: 730 E 139TH ST, LOS ANGELES, CA, and 15507 S BROADWAY, GARDENA, CA** | **Contingent Unliquidated Disputed** | | | $76,761.05 |

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Marc C. Forsythe 153854**<br>**17701 Cowan**<br>**Building D, Suite 210**<br>**Irvine, CA 92614**<br>**(949) 798-2460 Fax: (949) 955-9437**<br>California State Bar Number: **153854 CA**<br>mforsythe@goeforlaw.com | |
| ■ *Attorney for:* | |

<div align="center">

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

</div>

| In re:<br>    **Power Brands Consulting, LLC**<br><br>                                    Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
|                                    Plaintiff(s), | <div align="center">**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**</div> |
|                                    Defendant(s), | <div align="center">[No hearing]</div> |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Darin Ezra**                                                    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:
    ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    ☐ I am a party to an adversary proceeding
    ☐ I am a party to a contested matter
    ☑ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
      *[For additional names, attach an addendum to this form.]*

  b.  ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____7/14/2023_____
Date

By: _____
    Signature of Debtor, or attorney for Debtor

Name:    **Darin_Ezra,**_____
         Chief Executive Officer

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

Power Brands Consulting, LLC
5805 Sepulveda Blvd.
Suite 501
Van Nuys, CA 91411


Marc C. Forsythe
Goe Forsythe & Hodges LLP
17701 Cowan
Building D, Suite 210
Irvine, CA 92614


1 WorldSync
300 South Riverside Plaza
Suite 1400
Chicago, IL 60606


360 Internet Marketing LLC
11044 Research Blvd Suite A-500
Austin, TX 78759


5805 Sepulveda LLC
David Weiner, Manager
5805 Sepulveda Blvd., Suite 600
Van Nuys, CA 91411


5G Consulting
12304 Santa Monica Blvd.
Suite 100
Santa Monica, CA 90025


AAA Weigh Inc.
1543 Truman Street
San Fernando, CA 91340


Adrienne S. Alexander, Esq.
1836 Parnell Avenue, STE 103
Los Angeles, CA 90025

ADT SECURITY(AUTO PAYMENT)
P.O. Box 371878
Pittsburgh, PA 15250-7878


ADVANCE COUPON PROMOTIONS(ACH)
115 Route 46W, Building C
Mountain Lakes, NJ 07046


ADVANTAGE SALES & MARKETING
P.O. BOX 744347
Atlanta, GA 30374-4347


Ahmed Hassan
112 Forest Way
Essex Fells, NJ 07021


Airgas USA LLC
1122 W. Rosecrans Ave.
Gardena, CA 90247-2664


Ajinomoto
Dept. CH 10983
Palatine, IL 60055-0983


Alejandra Palafox
5112 Oakland Street
#201
Los Angeles, CA 90032


Alfa Laval
5400 International Trade Drive
Richmond, VA 23231

Allen Flavors - Allen Industries Inc.
230 Saint Nicholas Ave.
South Plainfield, NJ 07080

ALLIED ADMINISTRATORS FOR DELTA DENTAL
P.O. Box 70930
Oakland, CA 94612

Allison Mechanical Inc.
1968 Essex Court
Redlands, CA 92373

Ally
P.O. Box 380902
Minneapolis, MN 55438-0902

American Ingredients Inc
210 Mittel Drive
Wood Dale, IL 60191

Aramark - ACCT#142543000
P.O. Box 7430
Pasadena, CA 91109-7430

ARAMARK - ACCT#9010029080
P.O. Box 101179
Pasadena, CA 91189

ARCO (ACH PAYMENT)
P.O. Box 1239
Covington, LA 70434

Assured Audit Pest Prevention
P.O. Box 7070
Surprise, AZ 85374


AT&T Mobility(PAY VIA ACH)
P.O. Box 6463
Carol Stream, IL 60197


Atkinson, andelson, Loya Ruud  & Ro
12800 Center Court Dr., South
Suite
3.00
Cerritos, CA 90703-9364


AUTONOMOUS, LLC(ACH LINK)
1 Continental LN
Marlton, NJ 08053


Basemakers LLC
P.O. Box 367
Austin, TX 78767-0367


Basic Benefits
PO BOx 88297
Milwaukee, WI 53288-0001


Benjamin M Bathgate
Royal Centre, Suite 1500
1055 West Georgia Street, PO Box 11
Vancouver, Brit. Colum, CN V6E 4N7


Berkley International
4007 Paramount Blvd, Unit 109
Lakewood, CA 90712

BevPack Inc.
730 E 139th Street
Los Angeles, CA 90059


Blue Coulee Beverages
2641 15th St.
#5
La Crosse, WI 54601


Blue Shield of California
601 12th Street
Oakland, CA 94607


Buffalo Ventures LLC dba Miraflora
8187 Ouray Road
Longmont, CO 80503


C T Corporation System, as Rep.
330 N. Brand Blvd, STE 700
Attn:SPRS
San Diego, CA 92103


Cali Sunsets Holdings, Inc.
c/o Alexander Law Partners PC
1836 Parnell Ave.
Los Angeles, CA 90025


California Department of Public Health
PO Box 997435
Food and Drug Branch
Cashier MS 7602
Sacramento, CA 95899-7435


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001

California Industrial Rubber Co.
P.O. Box 2456
Fresno, CA 93745

Capital Resource International, Inc.
c/o Joshua J. Provost
25852 McBean Pkwy, Suite 801
Santa Claria, CA 91355

Carleton Helical Technologies
30 South Sand Road
New Britain, PA 18901

Carol Quintanilla
c/o Blacksone Law APC
8383 Wilshire Blvd., STE 745
Beverly Hills, CA 90211

Century Label
12836 SOUTH DIXIE HIGHWAY
BOWLING GREEN, OH 43402

Charles C. Slater, Esq.
1111 W. Town & Country Rd
STE 30
Orange, CA 92868

Chatty Matcha, Inc.
14055 Tahiti Way
Unit #107
Marina Del Rey, CA 90202

Chemco Products Co
6401 Alondra Blvd
Paramount, CA 90723

CITI BANK, N.A.
10201 Centurion PKWY N., #100
Jacksonville, FL 32256


CitiStaff Solutions Inc
1111 W. Town & Country Rd. Suite 27
Orange, CA 92868


City of Los Angeles - False Alarms
PO Box 30879
Los Angeles, CA 90030-0879


City of Los Angeles Parking Violations B
P.O. Box 30420
Los Angeles, CA 90030


Class Action Plaintiffs
Blackstone Law, APC
8383 Wilshire Blvd
Suite 745
Beverly Hills, CA 90211


Clayton Industries
17477 Hurley Street
City of Industry, CA 91744


CLEAR MASK
P.O. Box 1147
Moxee,, WA 98936


Cole Parmer Instrument Company
13927 Collections Center Drive
Chicago, IL 60693

Conveyor Manufacturing & Service(ACH)
771 Marylind Ave.
Claremont, CA 91711


Corporate Counsel, P.A.
Timothy W. Fafinski
3411 Brei Kesslel Road
Maple Plain, MN 55359


Courtship Wines, Inc
803 Walden Avenue
Buffalo, NY 14211


Cribari Vineyards Inc
4180 W Alamos Ave
Ste 108
Fresno, CA 93722-3943


CRISPY NATURAL
62-800 Kalisz
L dzka 145 A
Poland


Crown Packaging Corp.
17854 Chesterfield Airport Rd
Chesterfield, MO 63005


Crystal Sandoval
3218 Conata St
Duarte, CA 91010


CSC
P.O. BOX 7410023
Chicago, IL 60674-5023

Data Support Co Inc
PO Box 261338
Encino, CA 91402


Deibel Labortories
P.O. Box 1056
Osprey, FL 34229-1056


Delta Wye Electric
1010 East Lacy Ave
Anaheim, CA 92805


Dilco Industrial Inc.
205 E. Bristol Ln
Orange, CA 92865


DMM Packaging, Inc.
2401 Simpson Street, Suite A
Kingsburg, CA 93631


DMV - Online Processing
PO BOX 942897
Sacramento, CA 94297-0897


DYKEMA GOSSETT PLLC
1301 K. Street N.W., STE 1100 West
Washington, DC 20050


Dynamic Industrial Electric Motors Inc.
140 E Alondra Blvd
Gardena, CA 90248

E&E GLOBAL PACKING SUPPLIER(ACH link)
15832 S. Broadway St. Suite B
Gardena, CA 90248


Echo Global Logistics Inc.
22168 Network Place
Chicago, IL 60673-1221


Ecolab Inc.
P.O. Box 100512
Pasadena, CA 91189


Eden Foods
701 Tecumseh Road
Clinton, MI 49236


Eduardo Martinez
14402 Tiara St.
Va Nuys, CA 91401


EHP Labs LLC
619-621 Harris Street
ULTIMO NSW 2007 AU


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Eurofins Microbiology Laboratories(ACH)
P.O. Box 1440
Carrol Strem, IL 60132-1440

Europa Business Partners Ltd.
3437 Norcross Way
North Vancouver V7R 4E5 Canada


EverforEver(Xi'an) BioTech Co.
No. 17, The South of Tangyan Road,
Hi-Tech Industrial Zone, Xi'an City, Sha


FedEx
P.O. Box 7221
Pasadena, CA 91109


Ferdinand Pierre
20932 Shine Dr
Saugus, CA 91350


Firmenich
424 S Atchison St
Anaheim, CA 92805


First Choice Coffee Services(CC PAYMENT)
18840 Parthenia St.
Northridge, CA 91324


Firsty Thursday LLC
4228 Arbor Lane
Carrollton, TX 75010


Fleetwood - Fibre
P.O. Box 515768
Los Angeles, CA 90051-5768

Flex Ads Marketing LLC(ACH)
2650 38th Ave.
San Francisco, CA 94116


Flock Freight Inc.
701 S. Coast Hwy 101
Encinitas, CA 92024


Fona International Inc.
1900 Averill Road
Geneva, IL 60134


Food Ingredient Solution
10 Malcom Avenue
Unit 1
Teterboro, NJ 07608


Foodarom USA, INC.
5525 West 1730 South, Suite 202
Salt Lake City, UT 84104


Ford Credit
P.O. Box 542000
Omaha, NE 68154-8000


Fourth and Long Inc
30 N Gould St, Ste R
Sheridan, WY 82801


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952

FreightQuote. by C.H. Robinson
P.O. Box 9121
Minneapolis, MN 55480-9121


G3 Enterprises Inc.
PO Box 742338
Los Angeles, CA 90074-2338


Gamer Packaging
330 2nd Ave So #895
Minneapolis, MN 55401


Gelson's Markets
P.O. Box 512256
Los Angeles, CA 90051-0256


George Casallas
34255 Canyon Rim Drive
Lake Elsinore, CA 92532


GIB International LLC
GIB International LLC
Woodland Hills, CA 91364


GILLCO INGREDIENTS
1701 La Costa Meadows Drive
San Marcos, CA 92078-5105


Givaudan
1199 Edison Drive
Cinncinnati, OH 45216

Glanbia Nutritionals Inc.
5500 Nobel Drive, Suite 250
Fitchburg, WI 53711-4951


GNG Pallet Repair
12700 S. Willowbrook Ave.
Compton, CA 90221


GNT USA Inc.
660 White Plains Rd.
Tarrytown, NY 10591


GOLD COAST DISTRIBUTORS LTD
7911 69th Dr.
Middle Village, NY 11379


Golden State Water Company
P.O. Box 9016
San Dimas, CA 91773-9016


Good Idea Inc.
c/o its Agent for ServSteven K. Lee
21 Ebbtide Passage
Corte Madera, CA 94925


GRAINGER
Dept. 887618840
Palatine, IL 60038-0001


GREEN SPOON LLC
P.O. Box 17051
Boulder, CO 80308

Greenhouse LLC
245 W. Valley Blvd
San Gabriel, CA 91776


GS1 US
PO Box 78000
Detroit, MI 48278-1271


Gurpriya Anand
302 Greenbank Ave.
Duarte, CA 91010


Hernan Carmona
9333 Lincoln Bl
#1231
Los Angeles, CA 90045


Hiland Naturals Consulting, LTD(QB-ACH)
12841 Country Road 6
Killbuck, OH 44637


HK Logistics Corp.
8689 BOWERS AVE.
Southgate, CA 90280


Hugh's Welding
14042 Garfield Ave. Unit E
Paramount, CA 90723


Imbibe Inc.
7350 N Croname Rd
Niles, IL 60714

Industrial Physics
40 McCullough Drive
New Castle, DE 19720


Industrial Water Conditioning
6953 Canoga Ave
Canoga Park, CA 91303


Ingredion Incorporated
10552 Philadelphia Rd.
White Marsh, MD 21162


Inovar Packaging Group
10470 Miller Rd
Dallas, TX 75238


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intertek
PO Box 405176
Atlanta, GA 30384-5176


Iovate Health Sciences Int.l Inc
381 North Service Road West
Oakville, ON Canada
L6M 0H4


Ivan Trejo
1616 W Whitendale Ave
Visalia, CA 93277

JAN-PRO FRANCHISE DEVELOPMENT
P.O. Box 12433
Pleasanton, CA 94588


Jania Matevosian
4314 Jacaranda Ave.
Burbank, CA 91505


Jerell Generoso
17034 Mayall St
Northridge, CA 91325


Jiaherb
1 Chapin Road, Unit 1
Pine Brook, NJ 07058


Jill Birkmann, Esq.
PO Box 78829
Hawthorne, CA 90250


Joshua J. Provost
25852 McBean Prkwy, Suite 801
Valencia, CA 91355


Jump Shot Energy
600 W Chicago Ave
Chicago, IL 60610


Justman Packaging
5819 Telegrapgh Rd
Commerce, CA 90040

Kaiser Foundation Health Plan(ACHPayment
File 5915
Los Angeles, CA 99074


Kaviva LLC
300 E Riverside Dr
Apt 253
Austin, TX 78704


Kayla Mann
10226 Eton Avenue
Apartment 118
Chatsworth, CA 91311


Kendra Gillette
28 Hawthorne Lane
Corte Madera, CA 94925


Kerr Concentrates Inc.(ACH VIA PORTAL)
P.O. Box 742206
Los Angeles, CA 90074


KEYENCE CORP OF AMERICA
Dept LA 22198
Pasadena, CA 91185-2198


Kieckhafer Schiffer
6201 Oak Canyon, Suite 200
Irvine, CA 92618


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780

Koi CBD
14631 Best Avenue
Norwalk, CA 90650


Kokozian Law Firm, APC
10940 Wilshire Blvd, STE 1200
Los Angeles, CA 90024


Krave Kicker
1619 Cree Arch
VIrginia  Beach, VA 23464


Kristen Kettle
875 N Michigan Ave
#2720
Chicago, IL 60611


Lagersmith Canning Co.
2077 Ellis Ave. Door 26
St. Paul, MN 55114


LDE Holdings, LLC
220 Paseo De Granada
Redondo Beach, CA 90277


Lineage Logistics, LLC
3141 East 44th Street
Los Angeles, CA 90058


Little Green Cyclo
2000 Sierra Point Parkway
Brisbane, CA 94005

Liu Ba Jiu Jiu LTD. (Bite Me Tonic)
70 Queens Rd
Suite 1104 Crawford House
Hong Kong
Hong Kong


LMD Hermosa Beach
1025 Pacific Coast Hwy
Hermosa Beach, CA 90254


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Lynn R. Fiorentino
Arent Fox Schiff
44 Montgomery St., 38th Floor
San Francisco, CA 94104


Malibu Water Company
5665 Trancas Canyon Road
Malibu, CA 90265


Manna Nutraceuticals Canada Inc
440 Laurier Ave.
Suite 200, Ottawa, Ontario
ON, Canada KIR 7X6


Mar-Kov Computer Systems
130 Bridgeland Ave Suite 111
Toronto, Canada


Maria Bueno Camarena
8734 Cranford Ave.
Sun Valley, CA 61352

Martin Bauer, Inc.
400 Plaza Dr, 3/F
Secaucus, NJ 07094


Mary Joy Balgos
18375 Collins St
Apt 123
Tarzana, CA 91356


Material Handling Solutions, LLC
3663 Price Hills Drive
Saint George, UT 84790


Matt Sebastionelli
993 Rustling Oaks Dr
Millersville, MD 21108


Matthew Matt Silver
437 28th Street
Manhattan Beach, CA 90266


MCMASTER-CARR
P.O. Box 7690
Chicago, IL 60680-7690


McMillian LLP
Brookfield Place
181 Bay Street, Suite 4400
Toronto,ON, MJ 2T3


Michelman & Robinson LLP
10880 Wilshire Blvd
Los Angeles, CA 90024

Mico Spirits Co.
13045 Pacific Promenade #322
Playa Vista, CA 90094


Milne
804 Bennett Ave
Prosser, WA 99350


Mind Pop LLC
108 Standard Street
El Segundo, CA 90245


Mitsubishi HC Capital
21925 Network Place
Chicago, IL 60673-1219


Moment of Calm LLC
104 Washington Place
#3
New York, NY 10014


Montserrat Alvarez
2409 E 112th Place
Los Angeles, CA 90059


Mty welding Inc
668 Ficklin Dr.
Madera, CA 93637


Mundell Odlum & Haws, LLP
650 East Hospitality Lane
Suite 470
San Bernardino, CA 92408

Mutual Propane
17117 S. Broadway
Gardena, CA 90248


Nansi Nunez
12905 S. Central Ave
Apartment 8
Los Angeles, CA 90059


Naturex Inc.
375 Hurler Street
South Hackensack, NJ 07606


Navigator Sales & Marketing
8502 E. Chapman Ave.
Orange, CA 92869


Nelson Jameson Inc.
P.O. Box 1147
Marshfield, WI 54449


NEORON Inc.
822 Shrine Rd.
Isle la Motte, VT 05463


Neway Packaging Corporation
1973 E. Via Arado
Rancho Dominguez, CA 90220


Nexira
15 Somerset St
Somerville, NJ 08876

NFI Interactive Logistics, LLC
P.O. Box 417736
Boston, MA 02241-7736


Nomadic + Ventures LLC
2219 Main St
Santa Monica, CA 90405


NutriScience Innovations LLC
2450 Reservoir Avenue
Trumbull, CT 06611


Nvenia
P.O. Box 71948
Chicago, IL 60694-1948


Odyssey Wellness
6750 N. Andrews Ave
Suite 200
Fort Lauderdale, FL 33309


Officecorp
12600 Stowe Dr. Suite 7
Poway, CA 92064


Organic Certifiers
6500 Casitas Pass Road
Ventura, CA 93001


Pacific Meridian Group LLC
401 Roland Way
Oakland, CA 94621

PARKER + LYNCH CONSULTING
Lockbox: Dept CH 14031
Palatine, IL 60055-4031


Paul Lee
19842 Leawell St.
Winnetka, CA 91306


Paychex of New York LLC
2520 Kenneth Drive
Rochester, NY 14623-4277


PCA Packaging Corporation of America
435 Gitts Run Road
Hanover, PA 17331


People Ready INC
P.O. Box 310011-0257
Pasadena, CA 91110-0257


Pep Boys Fleet Services
P.O. Box 8500-50446
Philadelphia, PA 19178


PEScience LLC
11200 69th St N
Largo, FL 33773


Pixellent LLC
2121 S. Bentley Ave.
Los Angeles, CA 90025

PLT Health Solutions
119 Headquarters Plaza
Morristown, NJ 07960


PREZERO US SERVICES, LLC
2301 E. 7th St., Suite A-337
Los Angeles, CA 90023


Prinova  US LLC
6525 Muirfield Dr., Suite 100
Hanover Park, IL 60133


Pro Engineering and Manufacturing, Inc
11175 W. Heather Ave.
Milwaukee, WI 53224-2200


Probrew
21800 Doral Rd
Waukesha, WI 53186


Promix Ingredients (PTY) LTD.
106 Saturn Crescent
Linbro Business Park, Sandton
Johannesburg RSA 2090


Protab Laboratories
25902 Towne Centre Dr
Foothill Ranch, CA 92610


PURE WATER(ACH-QB'S)
5632 Van Nuy's Blvd #1252
Sherma Oaks, CA 91401

Puroserve
6953 Canoga Ave
Canoga Park, CA 91303


PUSH PLACEMENT
406 S. PRICE ROAD
Tempe, AZ 85281


Pyure Brands LLC
5405 Taylor Rd
Unit 10
Naples, FL 34109


Real Food Marketing
711 W. Camino Real Suite 204
Arcadia, CA 91007


Rebas, Inc.
c/o Bogumila Elizabeth Basu
1457 Santa Barbara Drive
Newport Beach, CA 92660


RECESS DIGITAL INC.
6 Commerce Road
#661
Marina del Rey, CA 90292


Recoup Beverage Inc.
20 W. 72nd Street
Ste #1006A
New York, NY 10023


Repsly.com
55 SUMMER STREET
3rd FLOOR
Boston, MA 02110

Republic Services
12949 Telegraph Road
Santa Fe Springs, CA 90670-4049


Roland Filoteo
16101 SW Baler Way
Sherwood, OR 97140


Rosario Ruiz
c/o Blackstone Law, APC
8383 Wilshire Blvd, STE 745
Beverly Hills, CA 90211


RTS Packaging, LLC
14103 Borate St
Santa Fe Springs, CA 90067


Rubio's Fleet Inc 2
7518 Somerset Blvd
Paramount, CA 90723


RUDOLPH RESEARRUDOLPH RESEARCH ANALYTICA
55 NEWBURGH ROAD
Hackettstown, NJ 07840


S.R. Bray LLC dba Power Plus
229 N. Sherman Avenue
Corona, CA 92882-1844


Sama Worldwide, Inc
382 NE 191 ST
PMB 8522
Miami, FL 33179

San Gabriel Valley Wholesale
2542 San Gabriel Blvd
Rosemead, CA 91770


Santa Clarita Valley Produce
23975 Newhall Ranch Rd
Santa Clarita, CA 91335


Sapphire Flavors
6 Commerce Road
Fairfield, NL 07004


Saxco International
1855 Gateway Blvd, Ste 400
Concord, CA 94520


Schneider National Inc
2567 Paysphere Circle
Chicago, IL 60674


SCN Security Communication Network Inc.
1530 Consumer Circle, Suite 102
Corona, CA 92880


Seamer - Specialist LLC
P.O. Box 909
Minden, NV


Sensapure Flavors
1945 S. Fremont Dr
Salt Lake City, UT 84104

Sensient Colors LLC
2515 North Jefferson Ave
St. Louis, MO 63106


Sepulveda Affiliates, LLC
c/o Greg Akselrud
15260 Ventura Blvd, 20th Floor
Sherman Oaks, CA 91403


Seven Seas Roasting Co, c/o
Heather S. Orr
9440 Santa Monica Blvd Ste 301
Beverly Hills, CA 90210-4614


Seven Seas Roasting Co., LLC
its Agent for Service
c/o Allan Lewis
1827 Ridgeview Drive
San Diego, CA 92105


Shanghai Freeman Americas LLC
2035 Route 27, Suite 3005
Edison, NJ 08817


Sheppard Mullin Richter & Hampton LLP
P.O. BOX 716409
Philadelphia, PA 19171-6409


Shooter Pops, LLC
127 Bradford Ct.
Schwenksville, PA 19473


Shorr packaging corp.
1100 S Etiwansda Ave
Ontario, CA 91761

Silliker Inc
3155 Paydphere Circle
Chicago, IL 60674


Ska Fabricating LLC
545 Turner Drive, Suite A
Durango, CO 81303


SoCal Gas (Current)
P.O. Box C
Monterey Park, CA 91756


Soul Kist Elixirs
125 Shoreline Ct
Richmond, CA 94804


Southern California Edison
P.O. Box 6400
Rancho Cucamonga, CA 91729-6400


Sovereign Spiritz, LLC
Katy, TX 77494



Sparkletts
PO Box 660579
Dallas, TX 75266-0579


SPECTRUM BUSINESS
BOX 223085
Pittsburgh, PA 15251

Spectrum Enterprise
BOX 223085
Pittsburgh, PA 15251


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279


State Compensation Insurance Fund
PO Box 51092
Los Angeles, CA 90051


Stauber
P.O. Box 860532
Minneapolis, MN 55486


Steven A. Booska
P.O. Box 2169
Oakland, CA 94621


Stirling Made Inc.
2283 Yellowbirch Way
London, ON, Canada
N6G0N3


Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101


Strong Brews LLC
5000 Township Line Rd.
Bethlehem, PA 18017

Sunteck Transport CO., LLC
PO BOX 536665
Pittsburgh, PA 15253-5908


Suntecktts
c/o Gabby Veintimilla
395 W. Passaic Street
STE 425
Rochelle Park, NY 07662


SVF Broadway Center Gardena Corp.
c/o Stanley Iezman
515 S. Flower Street, 49th Floor
Los Angeles, CA 90071


SVF Broadway Center Gardena Corporation
1801 W. Olympic Blvd
Pasadena, CA 91199-1252


Sweet Crude Libations LLC
6800 West Gate Blvd
Ste 132-212
Austin, TX 78745


Sweetener Products
P.O. Box 516572
Los Angeles, CA 90051-0597


Synergy Flavors
1500 Synergy Drive
Wauconda, IL 60084


T-Bev Inc.
1770 Prairie Rd
Eugene, OR 97402

T. Hasegawa
25882 Wright Circle
Foothill Ranch, CA 92610


Tastes Natural, LLC
57 North Street, Suite 216
Danbury, CT 06810


Tate & Lyle Solutions Direct
P.O. Box 102468
Pasadena, CA 91189-2468


TechniBlend LLC
P.O. BOX 932529
CLEVELAND, OH 44193


Terry Kitgawa
4757 Nexus Center Drive
San Diego, CA 92121


The Camelot Company
9865 W. Leland Ave.
Schiller Park, IL 60176


Thomas A. Burg
Bialson, Bergen & Schwab
830 Menlo Avenue, STE 201
Menlo Park, CA 94025


Tiffany Colon
6709 Turnergrove Dr.
Lakewood, CA 90713

Tipp Distributors
500 W. Overland
Suite 300
El Paso, TX 79901


TORR Bar Ltd.
Habosem 3 Ashdod Israel


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH 45263-4558


Toyota Commercial Finance
c/o CT Corporation System
330 N. Brand Blvd., STE 700
Glendale, CA 91203


Toyota Material Handling Solutions
12907 Imperial Highway
Santa Fe Springs, CA 90670-4715


Tradin Organics USA Inc.(ACH)
P.O. Box 740923
Los Angeles, CA 41747-4641


Tripack LLC(ACH PAYMENT)
401 Milford Pkwy Suite B
Milford, OH 45150-9119


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

ULINE
P.O. Box 88741
Chicago, IL 60680


Ultra Pure LLC
50 Old Kings Highway North
Darien, CT 06820


United Natural Foods, Inc.
313 Iron Horse
Providence, RI 02908


United States Treasury - Ogden UT
Ogden, UT 84201-0038


US Hazmat Rentals LLC
355 Industrial Park Drive
Boone, NC 28607


Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108


Vermont Department of Labor
P.O. Box 132
Brattleboro, VT 05302-0132


Vic Fox
Fox, Shapiro & Associates
3960 West Point Loma Blvd, STE 539
San Diego, CA 92110

Visionary Labels & Packaging
16641 Orange Way
Fontana, CA 92335


Vivion, Inc.
929 Bransten Road
San Carlos, CA 94070


WAXIE SANITARY SUPPLY
P.O. Box 748802
Los Angeles, CA 90074


Welch Food Inc
PO Box 15
Hookset, NH 03106


Wells Fargo Bank, N.A.
800 Walnut Street
F0005-044
Des Moines, IA 50309


Wells Fargo Equipment Finance Inc.
600 South 4th Street
MAC N9300-100
Minneapolis, MN 55415


Where Food Comes From Organic, Inc
202 6th Street, Suite 400
Castle Rock, CO 80104


Wizzie's Tea, LLC
199 Sugar Hill Road
White Post, VA 22663

Xenon Arc
Elina HIlderbrand
777 108th Ave., NE, Suite 1750
Bellevue, WA 98004


Yajanny Alvarez
2409 E 112th Place
Los Angeles, CA 90059


Yamamotoyama U.S.A
122 Voyager Street
Pomona, CA 91768


Zero FG LLC
1712 Pioneer Ave
Suite #1126
Carrollton, TX 75010


Zuckerman Honickman
191 S. Gulph Road
King of Prussia, PA 19406