| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe – State Bar No. 153854<br>Reem Bello – State Bar No. 198840<br>GOE FORSYTHE & HODGES LLP<br>17701 Cowan, Building D, Suite 210, Irvine, CA 92614<br>mforsythe@goeforlaw.com<br>rbello@goeforlaw.com<br><br><br>Telephone:  (949) 798-2460<br>Facsimile:   (949) 955-9437<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br><br>POWER BRANDS CONSULTING, LLC., | CASE NO.:  1:23-bk-10993-MB<br><br>CHAPTER:  11 |
|---|---|
| <br><br><br><br><br>                                                Debtor(s) | **SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)]** |

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov).  A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☐ Yes ☒ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B        ☐ Schedule C        ☐ Schedule D        ☐ Schedule E/F        ☐ Schedule G

☐ Schedule H          ☐ Schedule I        ☐ Schedule J        ☐ Schedule J-2        ☒ Statement of Financial Affairs

☐ Statement About Your Social Security Numbers        ☐ Statement of Intention        ☐ Master Mailing List

☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date:  03/19/2024        _____
                                           Debtor 1 Signature Darin Ezra, CEO

                                           _____
                                           Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***:  It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015                                Page 1                    **F 1007-1.1.AMENDED.SUMMARY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
17701 Cowan, Suite 210, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/19/2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 03/19/2024 | Susan C. Stein | /s/ Susan C. Stein |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*                                    Page 2                          **F 1007-1.1.AMENDED.SUMMARY**

# <u>ATTACHED PAGE</u>

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Russell Clementson**    russell.clementson@usdoj.gov
- **Scott D Fink**    colcaecf@weltman.com
- **Marc C Forsythe**    mforsythe@goeforlaw.com, mforsythe@goeforlaw.com;dcyrankowski@goeforlaw.com
- **Lauren N Gans**    lgans@elkinskalt.com, TParizad@elkinskalt.com
- **Michael I. Gottfried**    mgottfried@elkinskalt.com, cavila@elkinskalt.com,lwageman@elkinskalt.com,docketing@elkinskalt.com
- **Adam M Greely**    agreely@vrslaw.net, dstolar@vrslaw.net
- **Garry A Masterson**    BnkEcf-CA@weltman.com, gmasterson@weltman.com
- **Amitkumar Sharma**    amit.sharma@aisinfo.com
- **Charles C Slater**    cslater@citistaffsolutions.com, jpogosian@citistaffsolutions.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov
- **Christopher K.S. Wong**    christopher.wong@afslaw.com, yvonne.li@afslaw.com;kevin.chen@afslaw.com
- **Roye Zur**    rzur@elkinskalt.com, cavila@elkinskalt.com;lwageman@elkinskalt.com;1648609420@filings.docketbird.com

3/13/24 11:34AM

**Fill in this information to identify the case:**

Debtor name **Power Brands Consulting, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **1:23-bk-10993-MB**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Checking** | **7107** | $0.00 |
| 3.2. | **HSBC Bank USA, NA** | **Checking** | **8924** | $34,151.46 |
| 3.3. | **California Bank and Trust** | **Savings** | **4051** | $9,889.00 |
| 3.4. | **City National Bank** | **Savings** | **4175** | $5,592.67 |
| 3.5. | **Wells Fargo Bank** | **Checking** | **7180** | $246,658.13 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | $296,291.26
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

Debtor    **Power Brands Consulting, LLC**                Case number (If known)  **1:23-bk-10993-MB**
_____Name_____

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit
      **Deposit, Lease for Principal Place of Business; 5805 Sepulveda Blvd, #501, Sherman**
      **Oaks, CA 91411**
      7.1.   **Lessor: 5805 Sepulveda LLC**                                    **$14,643.57**

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                     **$14,643.57**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:      **290,473.38**      -      **0.00**    = ....      **$290,473.38**
                              face amount            doubtful or uncollectible accounts

      11b. Over 90 days old:      **316,742.80**      -      **0.00**    =....      **$316,742.80**
                              face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                    **$607,216.18**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:                          % of ownership

      15.1.   **Power Brands BevPak (No value business entity never used)**   100   %   **N/A**   **$0.00**

      15.2.   **Bevgrow LLC (Holding Company) No value, has not performed business. Only value is trade-name (Bevgrow) and LLC filing fees.**   100   %   **N/A**   **$0.00**

Debtor   **Power Brands Consulting, LLC**                                    Case number *(If known)*   **1:23-bk-10993-MB**
Name

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

17.   **Total of Part 4.**

      Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |
|---|---|

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.   **Raw materials** | | | | |
| 20.   **Work in progress** | | | | |
| 21.   **Finished goods, including goods held for resale** | | | | |
| 22.   **Other inventory or supplies** | | | | |

23.   **Total of Part 5.**
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ☐ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☐ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☐ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

Debtor  **Power Brands Consulting, LLC**                          Case number *(If known)*  **1:23-bk-10993-MB**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.**  **Crops–either planted or harvested**

_____   _____   _____   _____

**29.**  **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

_____   _____   _____   _____

**30.**  **Farm machinery and equipment** *(Other than titled motor vehicles)*

_____   _____   _____   _____

**31.**  **Farm and fishing supplies, chemicals, and feed**

_____   _____   _____   _____

**32.**  **Other farming and fishing-related property not already listed in Part 6**

_____   _____   _____   _____

**33.**  **Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

_____

**34.**  **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

**35.**  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.**  **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.**  **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.**  **Office furniture**

| Debtor | **Power Brands Consulting, LLC** | | Case number *(if known)* | **1:23-bk-10993-MB** |
|---|---|---|---|---|
| | Name | | | |

| See Attached - Exhibit #206 - 39 | $8,115.64 | Liquidation | $5,825.00 |
|---|---|---|---|

**40.**  **Office fixtures**

**41.**  **Office equipment, including all computer equipment and communication systems equipment and software**

| See Attached - Exhibit #206 - 40 | $15,470.27 | Liquidation | $16,725.00 |
|---|---|---|---|

**42.**  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $22,550.00 |
|---|---|

**44.**  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.**  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1.  **GMC Savana - (1)** **Vin No. 7296** | Unknown | Comparable sale | $20,768.00 |
|---|---|---|---|
| 47.2.  **Ford Transit 250 - (5)** **License No.  56062U2** | $23,252.64 | Comparable sale | $25,729.00 |
| 47.3.  **Ford Transit 250 - (9)** **License No.  23704W2** | $9,005.70 | Comparable sale | $27,696.00 |
| 47.4.  **2015 Freightliner M2-106** | $22,465.78 | N/A | $27,112.00 |

**48.**  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.**  **Aircraft and accessories**

**50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | **Power Brands Consulting, LLC** | Case number *(If known)* | **1:23-bk-10993-MB** |
|---|---|---|---|
| | Name | | |

**(1) CROWN FORKLIFT MODEL C51050-50 SN 10139585; The equipment and all equipment parts, accessories, substitutions, additions, accessions and replacements thereto and thereof. now or hereafter installed in, affixed to or used in conjunction therewith and the proceeds thereof, together will all installment payments, insurance proceeds, other proceeds and payments due and to become due arising from or relating to said equipment**                    $0.00                    $0.00

**1 Crown RM6025-45 Reach Truck S/N 1A548075**
**1 Douglas 18-125DL-13 Battery S/N RSL138553**                    $0.00                    $0.00

| 51. | **Total of Part 8.** | | **$101,305.00** |
| | Add lines 47 through 50.  Copy the total to line 87. | | |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**  **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |

| 56. | **Total of Part 9.** | | |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | | |

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 6 |

Debtor    **Power Brands Consulting, LLC**                          Case number *(if known)*  **1:23-bk-10993-MB**
_____
Name

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark:  Power Brands** | **$0.00** | **Liquidation** | **$10,000.00** |
| | **Trademark Bevgrow** | **$0.00** | **Liquidation** | **$2,000.00** |
| 61. | **Internet domain names and websites**<br>**the URL PowerBrands.US** | **$0.00** | **Expert** | **$20.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$12,020.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |

| Debtor | **Power Brands Consulting, LLC** | Case number *(If known)* | **1:23-bk-10993-MB** |
|---|---|---|---|
| | Name | | |

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Counter Claim against EHPLabs, LLC related to procurement of raw materials, storage fees, labeling/packaging costs, freight and delivery, and lost profits related to 3rd party payments for production of EHP's Oxyshred drink**

    **Unknown**

| Nature of claim | **Damages and lost profits** |
|---|---|
| Amount requested | **$1,000,000.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

Debtor    **Power Brands Consulting, LLC**
Name

Case number *(If known)*  **1:23-bk-10993-MB**

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $296,291.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $14,643.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $607,216.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $22,550.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $101,305.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $12,020.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,054,026.01 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,054,026.01 |

# EXHIBIT #206-39

| DESCRIPTION | COUNT | Est. Value | Subtotal |
|---|---|---|---|
| **Analytics** | | | |
| pH Meter | 1 | 150.00 | 150.00 |
| Refractometer | 1 | 250.00 | 250.00 |
| Viscometer | 1 | 250.00 | 250.00 |
| Densitometer | 1 | 250.00 | 250.00 |
| Moisture Balance | 1 | 150.00 | 150.00 |
| TDS Probe | 2 | 150.00 | 300.00 |
| Precision Scales | 5 | 150.00 | 750.00 |
| Kitchen Scales | 4 | 100.00 | 400.00 |
| **Batching Equipment** | | | |
| Hi-Shear Mixer | 2 | 250.00 | 500.00 |
| Mixer | 1 | 150.00 | 150.00 |
| Stir plates | 5 | 125.00 | 625.00 |
| Heated Stir plate | 1 | 175.00 | 175.00 |
| Assorted Beakers | 60 | 5.00 | 300.00 |
| Assorted Flasks | 8 | 5.00 | 40.00 |
| Kitchen Blender | 3 | 25.00 | 75.00 |
| Funnels | 3 | 2.50 | 7.50 |
| Assorted Kitchenware | 20 | 5.00 | 100.00 |
| Assorted Lab Spatulas | 30 | 2.50 | 75.00 |
| Kitchen Carbonators | 8 | 15.00 | 120.00 |
| Microwaves | 3 | 25.00 | 75.00 |
| Expeller | 1 | 25.00 | 25.00 |
| **Packaging Equipment** | | | |
| Heat Sealer (K-Cups) | 1 | 150.00 | 150.00 |
| Can Seamers | 3 | 250.00 | 750.00 |
| **Storage Equipment** | | | |
| Commercial Freezers | 2 | 250.00 | 500.00 |
| Commercial Refrigerators | 4 | 250.00 | 1,000.00 |
| Kitchen Fridge | 1 | 150.00 | 150.00 |
| **Misc Equipment** | | | |
| Toaster | 1 | 10.00 | 10.00 |
| Carts | 2 | 15.00 | 30.00 |
| Ice maker | 1 | 50.00 | 50.00 |
| **Total** | | | **7,407.50** |

## EXHIBIT #206-39

| DESCRIPTION | COUNT | Est. Value | Subtotal |
|---|---|---|---|
| **GENERAL OFFICE** | | | |
| DARK BROWN CHOCOLATE WOOD - OFFICE DESKS | 13 | 75.00 | 975.00 |
| WHITE DESKS w/ SHELVES - CUBBIES | 20 | 100.00 | 2,000.00 |
| CHOCOLATE BROWN WOOD -SMALL DRAWERS LOC | 6 | 25.00 | 150.00 |
| CHOCOLATE BROWN WOOD- 2 DRAWER 2 CABINET | 3 | 37.50 | 112.50 |
| GENERAL OFFICE CHAIRS | 39 | 15.00 | 585.00 |
| | | | |
| **SMALL CONFERENCE ROOM** | | | |
| GLASS CONFERENCE ROOM TABLE - 92 x 39.5 | 1 | 150.00 | 150.00 |
| SMALL CONFERENCE ROOM CHAIRS | 9 | 25.00 | 225.00 |
| | | | |
| **IAN HAMILTON'S OFFICE** | | | |
| GLASS WORK DESK WITH SHELVING - LIGHT BROW | 1 | 75.00 | 75.00 |
| SHELVING | 2 | 20.00 | 40.00 |
| | | | |
| | | | |
| **CRYSTAL SANDOVAL'S OFFICE** | | | |
| SMALL FRIDGE | 1 | 15.00 | 15.00 |
| GLASS SHELVING | 1 | 50.00 | 50.00 |
| (other items are in the general office) | | | |
| | | | |
| **GURPRIYA ANAND'S OFFICE** | | | |
| LIGHT BROWN WOOD- DESK | 1 | 75.00 | 75.00 |
| LIGHT BROWN WOOD -SMALL CABINET W/LOCK | 1 | 25.00 | 25.00 |
| LIGHT BROWN WOOD -CABINET 2 LARGE DRAWERS | 1 | 37.50 | 37.50 |
| LiGHT BROWN WOOD BOOKSHELF- LARGE | 1 | 20.00 | 20.00 |
| LIGHT BROWN WOOD - LARGE WALL CABINET-SHEL | 1 | 25.00 | 25.00 |
| GLASS AND GOLD SHELVES | 1 | 25.00 | 25.00 |
| | | | |
| **LARGE CONFERENCE ROOM** | | | |
| LARGE CONFERENCE ROOM- TABLE | 1 | 250.00 | 250.00 |
| BUILT - IN  WALL 4 CABINET 4 DRAWERS | 1 | 100.00 | 100.00 |
| GLASS CABINET | 1 | 50.00 | 50.00 |
| LARGE CONFERENCE ROOM - CHAIRS | 14 | 25.00 | 350.00 |
| FULL WALL GLASS SHELVES WITH DOORS | 2 | 25.00 | 50.00 |
| CIRCULAR SIDE TABLE - 3 - TOP | 1 | 25.00 | 25.00 |
| SMALL GLASS TOP SIDE TABLE | 1 | 25.00 | 25.00 |
| | | | |
| | | | |
| **LOBBY** | | | |
| BROWN LEATHER CHAIRS | 2 | 50.00 | 100.00 |
| BROWN LEATHER SOFA | 1 | 100.00 | 100.00 |
| BUILT-IN PRINTER TABLE AND SUPPLY CABINET | 1 | 15.00 | 15.00 |
| BUILT-IN REFRESHMENT CABINET | 1 | 50.00 | 50.00 |
| GLASS SUPPLY CABINETS | 2 | 25.00 | 50.00 |
| | | | |
| **EDUARDO MARTINEZ OFFICE** | | | |
| DARK BROWN WOOD-DESK | 1 | 75.00 | 75.00 |

| | | | |
|---|---|---|---|
| | | | |
| Total | | | 5,825.00 |

# EXHIBIT #206 - 40

| DESCRIPTION | COUNT | Est. Value | Subtotal |
|---|---|---|---|
| **GRAPHICS DEPARTMENT** | | | |
| iMacs 27" | 3 | 750.00 | 2,250.00 |
| Wireless Rechargeable Keyboards | 4 | 25.00 | 100.00 |
| Battery Wireless Keyboard | 1 | 10.00 | 10.00 |
| Magic Mouse | 2 | 10.00 | 20.00 |
| 720p USB Camera | 1 | 7.50 | 7.50 |
| Wacom Tablet | 2 | 10.00 | 20.00 |
| | | | |
| **SMALL CONFERENCE ROOM** | | | |
| TV | 1 | 175.00 | 175.00 |
| Mac Mini | 1 | 25.00 | 25.00 |
| Apple TV | 1 | 150.00 | 150.00 |
| Rechargeable Wireless Keyboard | 1 | 10.00 | 10.00 |
| | | | |
| **MAIN BOARDROOM ROOM** | | | |
| TV | 1 | 250.00 | 250.00 |
| Mac Mini | 1 | 25.00 | 25.00 |
| Apple TV | 1 | 150.00 | 150.00 |
| Rechargeable Wireless Keyboard | 1 | 10.00 | 10.00 |
| Rechargeable Wireless Mouse | 1 | 5.00 | 5.00 |
| | | | |
| **LAB CONFERENCE ROOM** | | | |
| TV | 2 | 175.00 | 350.00 |
| Mac Mini | 1 | 25.00 | 25.00 |
| Apple TV | 1 | 150.00 | 150.00 |
| | | | |
| **OFFICES** | | | |
| iMacs 27" | 2 | 750.00 | 1,500.00 |
| HP or Dell 23"" | 4 | 250.00 | 1,000.00 |
| Desktop | 9 | 75.00 | 675.00 |
| Keyboards | 10 | 10.00 | 100.00 |
| Mouse | 7 | 5.00 | 35.00 |
| Telephone | 11 | 25.00 | 275.00 |
| Screen 17" or 20" | 16 | 50.00 | 800.00 |
| Printer / Copier | 4 | 250.00 | 1,000.00 |
| Fax | 1 | 100.00 | 100.00 |
| Scanner | 2 | 50.00 | 100.00 |
| | | | |
| Total | | | 9,317.50 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Power Brands Consulting, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | **1:23-bk-10993-MB** |

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other | $270,477.98 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other | $9,403,471.92 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other | $17,639,253.13 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | Sale of business assets.<br>Funds recieved 11/22/2022 | $2,200,000.00 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Power Brands Consulting, LLC** | | Case number *(if known)* | **1:23-bk-10993-MB** |

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | **Bank Levy** | **11/25/2022** | **$296,506.01** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **ALEJANDRA PALAFOX vs. POWER BRANDS CONSULTING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY 22STCV32301** | **Wrongful Termination** | **California Superior Court, County of L.A 111 N. Hill Street Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Power Brands Consulting, LLC**                                Case number *(if known)* **1:23-bk-10993-MB**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **BERKLEY INTERNATIONAL, LLC, AN ARIZONA LIMITED LIABILITY COMPANY vs. POWER BRANDS CONSULTING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY, ET AL.**<br>22STCV37482 | **Breach of Contract** | **California Superior Court, County of L.A**<br>**111 N. Hill Street**<br>**Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **Capital Resource International Inc. - vs. Power Brands Consulting LLC**<br>23VECV00396 | **Other Promissory Note/Collections** | **Los Angeles Superior Court**<br>**6230 Sylmar Avenue**<br>**Van Nuys, CA 91401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **CitiStaff Solutions Inc. v. Power Brands Consulting, LLC, et. al**<br>22CMCV00161 | **Complaint for Breach of Contract, Common Counts and Quantum Meruit. (Plaintiff dismissed action, without prejudice)** | **Superior Court of California, Cty of L.A**<br>**200 W. Compton Blvd**<br>**Compton, CA 90220** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **Citistaff Solutions, Inc., vs. Power Brands Consulting, LLC, BevPac, et al.**<br>30-2022-01275956-CU-BC-CJC | **Complaint for Breach of Contract, Common Counts and Quantum Merit.** | **Superior Court of CA, Count of Orange**<br>**700 Civic Center Drive West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Crown Packing Corp. vs. Power Brands Consulting LLC**<br>23CHLC16697 | **Collections** | **Los Angeles Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Freightquote.com v. Power Brands** | **Complaint for Breach of Contract** | **First Judicial District Administration**<br>**1620 S. Frontage Road, #200**<br>**Hastings, MN 55033** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Power Brands Consulting, LLC**                                Case number *(if known)* **1:23-bk-10993-MB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **George Casallas v. Power Brands Consulting, LLC 21STCV34784** | **I. Discrimination in Violation of Gov. Code §12940 et seq.**<br>**2. Failure to Accommodate in Violation of Gov. Code § 12940(m).**<br>**3. Failure to Engage in Interactive Proc in Violation of Gov. Code§ 12940(n)**<br>**4. F_ailure to Prevent Discrimination in Violation of Gov. Code§ 12940(k)**<br>**5. Retaliation in Violation of Gov. Code §I2940(h)**<br>**6. Wrongful Termination**<br>**7. Sexual Harassment**<br>**8. Meal and Rest Break Violations of Labor Code§ 226.7, et al.** | **Los Angeles Superior Court Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Mind Pop LLC v. Power Brands LLC 22 IWSC 01259** | **Small Claims action for Breach of Contract JUDMENT FOR Creditor.** | **Superior Court of CA - Small Claims Inglewood Courthouse One Regent Street Inglewood, CA 90301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.10. **NANSI NUNEZ vs. POWER BRANDS CONSULTING, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY 22STCV33671** | **Other Employment Complaint Case** | **California Superior Court, County of L.A 111 N. Hill Street Los Angeles, CA 90012** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.11. **Neway Packaging Corp. -vs Power Brands Bevpac, LLC 23CHLC10505** | **Complaint for Money** | **Los Angeles Superior Court Chatsworth Limited 96425 Penfield Avenue Chatsworth, CA 91311** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Power Brands Consulting, LLC / Employment Development Department** | | **Employment Development Department Bankruptcy Group MIC 92E PO Box 826880 Sacramento, CA 94280-0001** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Power Brands Consulting, LLC**                                          Case number *(if known)* **1:23-bk-10993-MB**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.13. **Rosario Ruiz, and Carol Quintinilla, individually, and on behalf of other members of the public similarly situated and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act -v- POWER BRANDS CONSULTING, LLC, California limited liability company; and DOES 1 through 25, inclusive 21STCV26574** | **Multiiple violations of California Labor Law** | **California Superior Court, County of L.A 111 N. Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Saxco International -v- Power Brands Consulting LLC 22STCV39546** | **Breach of Contract/Warranty (not fraud or negligence)** | **California Superior Court, County of L.A 111 N. Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Seven Seas Roasting Co. -vs- Power Brands Consulting LLC 23STCP02262** | **Petition to Confirm Arbitration Awaard** | **Los Angeles Superior Court 111 North Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Shooter Pops LLC dba Claffey's Cocktails  vs. Power Brands Consulting LLC 2022-25063** | **Breach of Contract** | **Montgomery County Courthouse 2 E. Airy St. Norristown, PA 19401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Shooter Pops LLC dba Claffey's Cocktails  vs. Power Brands Consulting LLC 2022-25172** | **Complaint Civil Action** | **Montgomery County Courthouse Court of Common Pleas 2 E. Airy St. Norristown, PA 19401** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.18. **Tiffany Colon, an individual Plaintiff: Power Brands Consulting LLC 22STCV19464** | **Wrongful Termination** | **California Superior Court, County of L.A 111 N. Hill Street Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **US Hazmat Rentals LLC v. Power Brands Consulting LLC 2022 CVD 626** | **Complaint Breach of Rental Contract.** | **General Court of Justice, District Div. State of North Carolina, Watauga County 842 W. King Street, #3 Boone, NC 28607** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **EHPLabs, LLC v Power Brands Consulting, LLC and Darin Ezra 01-23-0001-3032** | **Arbitration** | **American Arbitration Association 725 South Figueroa St, Ste 400 Los Angeles, CA 90017** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

3/13/24 11:34AM

| Debtor | **Power Brands Consulting, LLC** | Case number *(if known)* | **1:23-bk-10993-MB** |
|---|---|---|---|

■ None

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Goe Forsythe & Hodges LLP**<br>**17701 Cowan**<br>**Building D, Suite 210**<br>**Irvine, CA 92614** | **Attorney Fees** | **07/12/2023** | **$48,262.00** |
| **Email or website address**<br>**mforsythe@goeforlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **Goe Forsythe & Hodges LLP**<br>**17701 Cowan**<br>**Building D, Suite 210**<br>**Irvine, CA 92614** | **Filing Fee** | **07/12/2023** | **$1,738.00** |
| **Email or website address**<br>**mforsythe@goeforlaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

---

| Debtor | **Power Brands Consulting, LLC** | | Case number *(if known)* | **1:23-bk-10993-MB** |

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **SEE EXHIBIT 207-13 ATTACHED** | **SEE EXHIBIT 207-13 ATTACHED** | **SEE EXHIBIT 207-13 ATTACHED** | **$9,808,954.00** |
| | Relationship to debtor | | | |
| 13.2. | **First American Equipment Finance** c/o its Agent for Service **2710 Gateway Oaks Dr.,STN 150N Fairport, NY 14450** | **Buyer of Lease Equipment for Sale of Leased Equipment to BevPack, Inc** | **11/22/2022** | **$1,771,118.39** |
| | Relationship to debtor **Secured Creditor** | | | |
| 13.3. | **Smashssma,LLC 14601 S. Main Street Gardena, CA 90248** | **Payment for Delinquent lease payments for sale of business & lease for 730 E. 139th Street, Compton, CA** | **11/22/2022** | **$150,000.00** |
| | Relationship to debtor **Secured Creditor (Lessor)** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Power Brands Consulting, LLC**                                    Case number *(if known)*  **1:23-bk-10993-MB**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **L.A. Express 2100 E. 49th Street Los Angeles, CA 90058-8000** | **Darin Ezra 5805 Sepulveda Blvd. Suite 501 Van Nuys, CA 91411** | **Displays used in previous customers' business. No value.** | ☐ No ■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| Debtor | **Power Brands Consulting, LLC** | Case number *(if known)* **1:23-bk-10993-MB** |

---

| Part 12: | **Details About Environment Information** |

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

| Part 13: | **Details About the Debtor's Business or Connections to Any Business** |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
| --- | --- | --- |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service
From-To |
| --- | --- |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Debtor | **Power Brands Consulting, LLC** | | Case number *(if known)*  **1:23-bk-10993-MB** |
|---|---|---|---|

| Name and address | | | Date of service From-To |
|---|---|---|---|
| 26b.1. | **Kieckhafer Schiffer LLP** **6201 Oak Canyon #200** **Irvine, CA 92618** | | **08/2021 to 11/2022** |

| Name and address | | | Date of service From-To |
|---|---|---|---|
| 26b.2. | **Relianz Group** **Mathew Azares** **17 Hanover Road, Suite 120** **Florham Park, NJ 07932** | | **07/20/2020 to present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28.
List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Darin Ezra** | **5805 Sepulveda Blvd. Suite 501 Van Nuys, CA 91411** | **Sole Member** | **100%** |

## 29.
Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **MB Capital Investments** | **c/o Martin Bauer, Inc. 400 Plaza Drive - Third Floor Secaucus, NJ 07094-3667** | **Member** | **02/16/2021 to 08/13/2022** |

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **Power Brands Consulting, LLC**                                  Case number *(if known)*  **1:23-bk-10993-MB**

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **MB Capital Investments**<br>**c/o Martin Bauer, Inc.**<br>**400 Plaza Drive - Third Floor**<br>**Secaucus, NJ 07094** | **All right and title to the assets, properties, and rights of every kind and nature and wherever located, which relate to, or are used or held for use in connection with, the "Bethlehem" division of Company's business and the canning line, located at the Los Angeles manufacturing site.**<br>**Estimated auction vaue $150,000.** | **08/13/2022** | **Member withdrew membership.** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.2. | **Daniella Ezra** | **Payroll for 01/31/2022 through 01/31/2023** | | **Payroll** |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 13, 2024**

**/s/ Darin Ezra**                                              **Darin Ezra**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

# EXHIBIT #207-13

**13  Transfers not already listed on this statement.**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case
to another person, other than property transferred in the ordinary course of business or financial affairs  Include both outright transfers made a security  Do not include gifts or other transfers previously listed on this statement

| Who received the Transfer? Name & Address and Relationship | Description of property transferred or payments received or debts paid in exchange | Date Transfer was made | Total Amount or value |
|---|---|---|---|
| MB Capital Investments, Inc 400 Plaza Drive, Third Floor, Secaucus, NJ 07094 | Sales of Production Equipment, NBV $1,500,000, est  value $150,000, in exchange for Waiver of Debt of $9,312,216 47, funding of legal retainer of $106,738 and administrative support | 8/13/2022 | $9,418,954 |
| | 1 Linear Inline Bottle Filler | | |
| | 1 Inline Capper and Elevator | | |
| | 2 5 ft Accumulation Table | | |
| | 1 Portable Transfer Tank 120 gal | | |
| | 3 Portable Transfer Tanks 150 gal | | |
| | 1 Kinex Capper, Auto-Mate Capping machine | | |
| | 1 Lili D Electric Pasteurizer 3 GPM; high viscosity (2019) | | |
| | 1 Feldmeier Mixing Tank 500 gal | | |
| | 1 Silverson High Shear Mixer | | |
| | 1 Fillmore Packaging FB4-4C Semi Auto 4 Head Filler | | |
| | 1 Bevco Bottle Rinser | | |
| | 2 Lepel Induction Sealers | | |
| | 1 6'x 16' Stainless Steel Warmer / Cooling Tunnel | | |
| | 1 Hytek Pressure Sensitive Labeler | | |
| | 2 Hytek Accululation Tables 4 ft | | |
| | 1 Video Jet Date Coder | | |
| | 1 Bottle Conveyor | | |
| | 1 Mixing Tank with Mixer 120 gal | | |
| | 1 3M Matic Case Sealer | | |
| | 1 Homogenizer Cherry Burrell Superhomo Homgenizer | | |
| | 1 Ketan Bottomless Conveyor | | |
| | 1 Microthermix Pilot UHT | | |
| | 1 McBrady Engineering Bottle Rinser | | |
| | 1 Hytek Gravity fed Inline Filler | | |
| | 1 Hytek Capper and Elevator | | |
| | 1 Labelling System, Pressure Sensitive Encapsulator, Conveyor and Applicator | | |
| | 1 Xpress System Table-top 4 Head Bottle Filler | | |
| | 1 Xpressfill 4100 4 Bottle Level Fill Hot Fill System | | |
| | 1 Packaged Chiller (2018) | | |
| | 1 PDC Steam Tunnel, Shrink Tunnel for Bottles with Conveyor | | |
| | 1 25 ft Conveyor with Tunnel | | |
| | 1 Keg Filler | | |
| | 1 Bottle Unscrambler (2000) | | |
| | Pumps and Heat Exchangers | | |
| | Spare Parts (Nozzles, Belts, Rails) | | |
| | 1 Bottle Hopper | | |
| | 1 Table Top Conveyor | | |
| | 1 Canner / Seamer | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BevPack, LLC | | | | Sale of Production Equipment for $2,200,000, NBV $6,438,291 56, | 11/22/2022 | $2,200,000 |
| 730 E 139th Street | | | | to pay off equipment leases, assigning ownership in Brandproof, LLC | | |
| Los Angeles, CA 90059 | | | | and assigning the lease of the factory building incl deposits | | |
| | | | | | | |
| | | | | Installed Equipment | | |
| | | | | 1 x Depalletizer | | |
| | | | | 2 x carbonators | | |
| | | | | 2 x fillers | | |
| | | | | 1 x tunnel pasteurizer | | |
| | | | | 1 x cooling tunnel | | |
| | | | | 2 x shrink sleeve applicators | | |
| | | | | 2 x shrink sleeve tunnels | | |
| | | | | 2 x drop packers | | |
| | | | | 2 x tray bundlers | | |
| | | | | 1 x tray former | | |
| | | | | 2 x box formers (one in rosecrans if new owner wants to deploy) | | |
| | | | | 2 x box sealers | | |
| | | | | 2 x palletizers | | |
| | | | | 60 ton chiller | | |
| | | | | 2 x steam generators | | |
| | | | | 1 x air compressor | | |
| | | | | 1 x water treatment system | | |
| | | | | 1 x loading ramp | | |
| | | | | forklifts | | |
| | | | | floor cleaning machines (ride on) | | |
| | | | | dust cleaning machine (ride on) | | |
| | | | | 1 x seam tester | | |
| | | | | 1 x carbonation tester | | |
| | | | | 1 x micro incubator | | |
| | | | | 1 x micro analyser | | |
| | | | | | | |
| | | | | 2 MK Printer for cans Keyence 6000 | | |
| | | | | 2 MK-15 series Keyence inkjet printers | | |
| | | | | 1 Generac industrial generator 800 amps | | |
| | | | | 1 Cummins Generator 450 amps | | |
| | | | | 1 18-ton Carrier chiller | | |
| | | | | 1 60-ton York chiller | | |
| | | | | 1 120-ton chiller | | |
| | | | | 1 CIP machine | | |
| | | | | | | |
| | | | | Assets in process to be delivered and installed | | |
| | | | | CTC-40 Cartoner (Open amount: $214K) | | |
| | | | | Depalletization System - DPL-1000 (Open amount: $97K) | | |
| | | | | S Style Vacuum w/ Ionized Rinse Integrated Infinite Can Sizes (Open amount: $23K) | | |
| | | | | Pasteurizer 5x17 - 200CPM (Open amount: $$193K) | | |
| | | | | 2 Product Dearation System (Open amount: $69K) | | |
| | | | | FL1 carbocooler upgrade to match FL2 carbocooler capabilities (Open amount: $8K) | | |
| | | | | FL3 Carbocooler (Open amount $72K) | | |
| | | | | 50 BHP Steam Generator (Open amount $13K) | | |
| | | | | | | |
| | | | | Leasehold Improvements | | |
| | | | | Plumbing (Make it Right Services, Inc $70K) | | |
| | | | | Construction (Ramsay Construction, Inc $274K) | | |
| | | | | Electric (South Bay Electric $6K) | | |
| | | | | Upgrade Water Line to 2" (Golden State Water Company $9K) | | |
| | | | | Tank Installation (Triple-E Machinery Moving Inc $7K) | | |

**Additional items**

(1) IR Ingersoll Rand 230V 175 PSI small compressor
(1) Robo pac pallet wrapper
(1) Flammable cabinet 6'x3'
(2) Southworth electrical pallet jacks 2,000 lbs
(1) Toyota electric forklift truck, hand lift
(1) 2015 Toyota Forklift, Model No  7BEU18 68474
(1) 2013 Toyota Forklift, Model No  8FGCU20 50392
(1) 2020 Toyota Forklift, Model No  9BR183M241 41622
(1) 2015 Toyota Forklift, Model No  8FGCU25 70907
(1) 2019 Toyota Forklift, Model No  8BWS132F43 11884
(1) Toyota Forklift, Model No  8FGCU20 C5404
(2) SS conveyor over the stairs
(1) 800 amps electrical service
(2) 480V transformers
(2) Can inverters 8 4 oz
(4) Can inverter 12 oz standard
(4) Can inverter 12 oz sleek
(4) Can inverter 16 oz
(1) CNC Kunkie small over (QA lab)
(1) Anton pear PFD (QA lab)
(1) model 10 lab oven (QA lab)
(1) DMA 35 portable densitometer (QA lab)
(1) small plate reader (QA lab)
(1) Incubator thermo scientific (QA lab)
(1) C-box at line PFO (QA lab)
(1) SS storage cabinet 6'x5'
(1) electric forklift charger
(1) Zebra label printer
(2) Portable AC units (in Kitting and QA lab)
(2) Cleaning foamers
(1) Large shipping container used as Maintenance parts storage
(3) Walk behind floor scrubbers
(2) Blowers (line 2)
(1) Tabletop carbonator
(1) Yellow platform catwalk
(4) Filtec scanning units (missing gamma)
(1) Cardboard bailer
(1) Office copier (this is a rental)
(1) Arlo security cameras inside and outside of facility
(1) Mobile depal machine
(2) Spiral conveyors
(1) TV 55" used for batch display (in production)
(1) TV 60" used for batch display (in production
(1) TV 70" in conference room
(1) TV 60" in lobby
(1) Mandrel + spoon LF 114 bottle
(1) Mandrel +spoon LF 111 bottle
(1) Mandrel + spoon LF 104 16 oz can
(2) Mandrel + spoon LF 96 12 oz sleek
(1) Mandrel + spoon LF 10912 oz standard
(2) Mandrel + spoon LF 89 8 4 oz
(1) Mandrel + spoon LF 87 8 4 oz
(1) Mandrel + spoon LF 105 bottle
(1) Mandrel change parts 12 oz can
(1) Mandrel change parts 10 oz can

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | (1) Mandrel change parts 16 oz can | | | | | | |
| | | | | (1) Mandrel change parts 6 7 oz can | | | | | | |
| | | | | (1) Rinser twists 8 oz bottle | | | | | | |
| | | | | (1) Rinser twists 16 oz glass | | | | | | |
| | | | | (1) Rinser twists 12 oz sleek can | | | | | | |
| | | | | (1) Rinser twist 16 9 oz bottle | | | | | | |
| | | | | (1) Rinser twist 200 ml can | | | | | | |
| | | | | (1) Rinser twist 8 4 oz can | | | | | | |
| | | | | (1) Rinser twist 16 oz amcor round | | | | | | |
| | | | | | | | | | | |
| Christopher Marks | | | | Sale of Vans for $170,000 to pay off various loans and leases: | | 2/7/2023 | | $170,000 | | |
| 20526 Oxnard St | | | | 2017 Ford Transit T350 $29,000 | | | | | | |
| Woodland Hills, CA 91367 | | | | 2017 GMC Savana $19,000 | | | | | | |
| | | | | 2018 Ford Transit 250 $18,000 | | | | | | |
| | | | | 2020 Ford Transit 250 $30,000 | | | | | | |
| | | | | 2019 Chevy Express $25,000 | | | | | | |
| | | | | 2018 Ford Transit 350 $18,000 | | | | | | |